1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare St., Room 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000

5 Attorneys for Plaintiff
United States of America

6

FILED

FEB 10 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          No. 1:15mj00012 SKO

                Plaintiff,         [PROPOSED] ORDER

        v.                         (UNDER SEAL)

JEREMY SCOTT DANIELSON,

                Defendant.

        For good cause shown, IT IS HEREBY ORDERED THAT:

        The complaint and arrest warrant in the above-captioned matter

be unsealed.

DATED:  1/10/15


                        _____
                        GARY S. AUSTIN
                        U.S. Magistrate Judge